# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| EMPIRE TODAY, LLC,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. H-14-2200 |
| JOHN SEGOVIA, *et al.*,<br>    Defendants. | §<br>§<br>§ | |

## ORDER OF CIVIL CONTEMPT

For the reasons stated in the accompanying Memorandum and Order entered this day, it is hereby

**ORDERED** that Plaintiff Empire Today, LLC's ("Plaintiff" or "Empire") Amended Motion for Contempt [Doc. # 13] is **GRANTED in part**, as explained in the Memorandum and Order entered this day. It is further

**ORDERED** that Defendants John Segovia and Empire Carpet and Showers (collectively, "Defendants") are in **CONTEMPT** of this Court's Orders by violating the Court's Default Judgment and Permanent Injunction ("Permanent Injunction") [Doc. # 8] prohibiting Defendants continued use of the "EMPIRE Marks" (as that term is defined in paragraphs 10 and 15 of Plaintiff's Complaint [Doc. # 1-1]) by operating two websites with the Internet domain names http://www.empirecarpetsandshowers.com/ and http://plus.google.com/108685567490828504094/about?gl=us&hl=en. Furthermore,

Defendants have violated the Court's Permanent Injunction by failing to file with the Court and serve on Plaintiff within thirty days of service of the Permanent Injunction, which was on October 15, 2014, a written report under oath and, pursuant to 15 U.S.C. § 1116(a), setting forth in detail the manner and form in which Defendants have complied with the Permanent Injunction. As a result, it is hereby

**ORDERED** that, as a least intrusive and tailored measure to ensure compliance with the Court's Permanent Injunction, Defendants must pay, and be jointly and severally liable to Plaintiff, for a per diem fine of $100, commencing on the date of entry of this Order of Civil Contempt, until such day as Defendants have ceased operating the websites described above and filed the written report required by the Court's Permanent Injunction.

SIGNED at Houston, Texas, this 7th day of **April, 2015**.

Nancy F. Atlas
United States District Judge